[No. 13133–1–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL RAY EVANS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88–1–00311–6, Arthur W. Verharen, J., entered August 29, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander and Morgan, JJ.

[No. 13990–1–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD MICHAEL DODGE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 187271R060, Paul M. Boyle, J. Pro Tem., entered May 10, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Morgan, J.

[No. 13770–4–II.   Division Two.   June 12, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. PANFIL PAUL SNEGIREFF, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88–1–00546–7, Alan R. Hallowell, J., entered March 21, 1990. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Morgan, J.